IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**NOV 16 2023**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

**Bobby E Henard**, Plaintiff

v.

1. **County of Jefferson**

2. **Jeff Shradder**

3. **Well Path**

4. **Vital Core**
, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

Jury Trial requested:
(please check one)
X Yes ____ No

**"ORIGINAL"**

PRISONER COMPLAINT

NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.

" See Attached "

5. R. Marinelli

6. Gonsalves John Doe

7. DeCarlo John Doe

8. Carnahan John Doe

See Attached

" CAPTION "

## A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Bobby E Henard #011387778 Po Box 16700

(Name, prisoner identification number, and complete mailing address)

Golden, Co 80402

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X   Pretrial detainee

____   Civilly committed detainee

____   Immigration detainee

____   Convicted and sentenced state prisoner

____   Convicted and sentenced federal prisoner

____   Other: (*Please explain*) _____

## B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:   County of Jefferson Municipal 100

(Name, job title, and complete mailing address)

Jefferson Cnty PKWY Golden, Co 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X Yes ___ No (*check one*).  Briefly explain:

for Policy, Failures to Train, Denied All Medical, Excessive force As Monell

Defendant 1 is being sued in his/her ___ individual and/or X official capacity.

2

Defendant 2: Jeff SheaDDer Sheriff 200 Z Jefferson cnty PKWY
(Name, job title, and complete mailing address)
Golden, Co 80401

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:
Former Sheriff WAS over Policies Allowed AS EXCESSIVE force, Medical And ADA MeAsure

Defendant 2 is being sued in his/her ___ individual and/or X official capacity.

Defendant 3: Well Path Corporation 3340 Perimeter
(Name, job title, and complete mailing address)
Hill Drive, NAshville, TN 37211

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? X Yes ___ No (*check one*). Briefly explain:
Sued AS Under Moniell As of Policy AND customs Denied Plaintiff Wheel chair, Medical

Defendant 3 is being sued in his/her ___ individual and/or X official capacity.

C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

X    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
       As to the federal official, are you seeking:
       ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
       ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

X    Other: (*please identify*) ADA Violations 504 (RA) Claim

" B. Defendants INFo "

4. Vital care, "Corporation"
Works under color of State AND Federal
Law. IS Sued By Plaintiff in Full Official
Capacity As Monell claim As Denied Medical
Address At 719 S.W. VANBUREN Street Suite
TOPEKA, KS 66603 #100

5. R. Maxiwell "Sheriff" Sued under State
And Federal Law/Sued in Both CAPACITIES
Individual AND OFFICIAL. Address
200 Jefferson CNty PKWY
Golden, COLORADO 80401

6. Gonsalves John Doe "Deputy"
7. Decarlo John Doe "Deputy"
8. CARNAHAN John Doe "Deputy"
#6-8 All Work Under color of State
AND Federal Law. Sued Under Both
CApacities of Individually And official
Full Capacity. All Under Same Address
200 Jefferson CNly PKWY
Golden, COLORADO, 80401

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ☒ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  HENARD v LAKEWOOD HENARD v LAVINA, HENARD v GOV, HENARD v COLUMBINE HENARD v ALBERS / HENARD v JEFFERSON COUNT,

Docket number and court:  1:21-CV-01288 GPG / 1:22-CV-01577 / 1:21-CV-03123 SBP 1:22-CV-01287 KLM / 1:22-CV-01459 DAP MDB / 1-22-CV-01523 SBP

Claims raised:  Excessive Force / Due Process / Deliberate Indiff RETALIATION / INADEQUATE MEDICAL / MUNELL CLAIM VIOLATIONS

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  YES HENARD v ALBER / HENARD v City of Denver HENARD v Jefferson NO LAVINA / HENARD v GOV / HENARD v Columbine HENARD v JEFFerson City

Reasons for dismissal, if dismissed:  Failure to Cure Deficiencies without Predj - Due to NO Law Library Access

Result on appeal, if appealed:  ONLY LAVINA IN 2022 With CUR Didnt Appeal Rest Just Refiled or lost Time Expired

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

☒ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

☒ Yes ___ No (*check one*)

G.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* PRELIMINARY INJUNCTIVE RELIEF ON ALL INADEQUATE MEDICAL SERIOUS NEED. WITH COUNTY AND ALL UNDER COUNTY IN OFFICIAL CAPACITY Declared fault of UNCONSTITUTIONAL MEASURES. SUED MONETARY OF COMPENSATORY $200,000.00 Dollars AND PUNITIVE OF $75,000.00 Dollars WITH Jeff Shrader SUED IN HIS INDIVIDUAL CAPACITY FOR MONETARY COMPENSATIVE DAMAGES OF $100,000.00 AND $150,000.00 DOLLAR IN HIS OFFICIAL CAPACITY. WITH WEll PATH OFFICIAL CAPACITY SUED UNDER MONELL MONETARY COMPENSATORY VALUE OF $150,000.00 DOLLAR AND PUNITIVE $100,000.00. AS VITAL CORE OFFICIAL CAPACITY MONETARY COMPENSATORY OF $150,000.00 Dollars, PUNITIVE $100,000.00 R. MARENEZ AS IN BOTH CAPACITIES $100,000.00, All DEPUTIES BOTH CAPACITIE AS GONSALVES, Decarlo AND CAMINAN $INDIVIDUAL CAPACITY $75,000.00 EACH OFFICIAL 100,000.00

H.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____   28. USC §1746 18 USC
(Plaintiff's signature)                                      § 1621
NOVEMBER 9th
_____
(Date)   11 - 9 - 23   By US
Jail Mail on
THIS DATE.

(Revised November 2022)

6

D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: "14th AMENDMENT" "Due Process" Excessive Force; Deliberate Indifference

Claim one is asserted against these Defendant(s): COUNTY OF JEFFERSON; Jeff SHRADDER; Deputes John Does, Gonsalves; DeCarlo, AND CARNAHAN:

Supporting facts:

1. Plaintiff ON 11-18-21 14th Amendment rights As A Pretrial Detainee WAS Violated By Excessive Force Used By Defendants Gonsalves AND Decarlo John Does.

2. Plaintiff ON 11-18-21 Was iN A Wheelchair iN Serious Need for His "CHRONIC CARE" Medications @ AM. ON 6D cell 39, Having Chest PAINS AND TROUBLE Breathing.

3. Plaintiff is Entiled to Relief, Due To UnreAsoNABLE Force Used By Defendants Gonsalves AND Decarlo. Slamming Him to Concrete Out of WheelChair, Causing Serious UNWANTON PAIN. 14th Excessive Force, CUSTOMPractices.

4. Defendants Gonsalves AND Decarlo used UNecessAry Force As Plaintiff WAS iN Serious Need for MEDICAL iN A WheelChair. DISREGARDED AS A CUStoM practice Pattern, As 14th EXCESSive Force, Due PROCESS AND DeliBeRate INDiffeRENT. 14th AMENDMENT Violation of U.S.C.

4

# Claim One # Excessive Force

4th fourth and 14th Amendment Due Process, Deliberate Indifference

Defendant's County of Jefferson; Jeff Shradder; Deputies Gonsalves, Decarlo and Carnahan John Doe's.

5. County of Jefferson Policy and Customs on Excessive Force Violated Plaintiff's 4th and 14th Amendment Rights as of 11-18-21 and 4-18-23 with Serious Injury.

6.) County of Jefferson Policy and Custom Practices to Allowed Excessive Force of Deputy Gonsalves on 11-18-21 to Cause Serious Injury to plaintiff in a Wheelchair.

7.) County of Jefferson Policy And Custom Practices Allowed Excessive Force to be Used on Plaintiff by Deputy Decarlo on 11-18-21 Causing Serious Injury.

8.) County of Jefferson Policy And Custom Practices Allowed Excessive Force to be Used on 4-18-23 by Deputy Carnahan Causing Serious Injury to his Hand.

9.) Plaintiff's 4th and 14th Amendment Rights Were Violated And Injured by Excessive Force as of 11-18-21 and 4-18-23 as a Continued Custom.

-7-

"D. Statement of Claim"

10.) County of Jefferson Policy and Custom Practices was the Moving Force As Allowing Excessive Force Caused Plaintiffs Serious Injury as a Pattern Practice of 11-18-21 And 4-18-23 Federally Protective Right under 14th

11.) County of Jefferson is Sued in their full Official Capacity Under Monell As of A UNConstitutional Policy And Customs Practiced to Use Excessive Force As A Custom.

12.) Jeff Shradder As of 11-18-21 Was the Head Policy Maker over Excessive Force that Allowed PlaiNtiff Cause of INJury As A Custom Practice Allowed!

13.) Jeff Shradder Policy And Custom Practices to Allow Staff to INJUR plaintiff on 11-18-21 Was the Moving Force Violating the 4th And 14th on the Constitution As Excessive Force

14.) Deputy Defendant Gonsalves Violated the Plaintiffs 4th and 14th Amendment Rights on 11-18-21 As Attacking Him in A Wheel-Chair, Causing Serious INJURY.

15.) Defendant Gonsalves "Beat"; Attacked and Strangled, Choked; Pulled, Hit And Dragged, Kicked plaintiff out of His Wheel-Chair on 11-18-21 on 6D Module.

16.) Defendant Gonsalves Denied Plaintiff Medical Care Before and After Attack iN Wheel Chair on 11-18-21. 14th

-8-

"D. Statement of Claim"

17.) Defendant Gonsalves on 11-18-21 Bruised Plaintiff's Ribs by Kicking Him As to Cause Serious Vomiting Blood And in Need of Medical Care, IN PAIN.

18.) Defendant Gonsalves on 11-18-21 Did Pull, Drag, Slam Plaintiff out His Wheel-Chair Strangling and Choking Him With Shirt Around His Neck Not Allowing Him to Breath, causing Blood As Vomiting.

19.) Defendant Gonsalves on 11-18-21 told Deputy Decarto Before the Attack How to Drag and Strangle Him As A Team. To Cause Serious Injury, in WheelChair.

20.) Defendant Gonsalves After Attack Closed Both Hands of Plaintiffs and Fingers in 39-6D Steel Door. Then Denied prompt Care As Medical Needs. 14th

21.) Defendant Gonsalves Threaten to TAse the Plaintiff With Both of His Hands Slammed IN Door As To Cause More Pain. on 11-18-21.

22.) Defendant Gonsalves took WheelchAir From Plaintiff on 11-18-21. Used Excessive Force As to. Slam, Drag, Stomp, Punch And Injur Him With Excessive Force As A CUSTOM. 14th

23.) Defendant Gonsalves, caused Plaintiff to Suffer in Severe PAIN For Months As to His Neck; Back, Ribs; Leg; ARMS AND HANDS From 11-18-21 ATTACK. 14th

-9-

D. Statement of Claim

24.) Defendants Consalves and Decarlo had NO Valid Reason to Attack Plaintiff While in his Wheel chair IN Need of MEDICAL with Chest Pain on 11-18-21. 14th

25) Plaintiff informed Consalves and Decarlo ON 11-18-21 He Did Not Receive His AM Medication AND Had No Segregation time to BE RESTRAINED IN A Wheelchair.

26) Defendants Consalves AND Decarlo UNREASONABLY Used EXCESSIVE cuffing ON 11-18-21 When plaintiff Had No Segregation TIME ON 6D. 8th

27.) Defendants Consalves AND Decarlo Both Conspired AND Planned How to Attack plaintiff in Wheel chair on 11-18-21. 14th

28.) Defendant's Consalves AND Decarlo INJURED Plaintiff While IN His Wheel Chair ON 11-18-21, Dragging, Slaming Him to CONCRETE Floor Without Cause.

29.) Plaintiff Had A Medical Reason And Serious Needs of Being Without ANY OF HIS MORNING MEDICATION ON 11-18-21 Before Attack By Consalves AND Decarlo.

30.) Plaintiff WAS Authorized to BE iN Wheelchair AS BEING DISABLED. With Consalves AND Decarlo Causing Serious Pain AND EMOTIONAL STRESS from Use of EXCESSIVE FORCE. 14th

—10—

" D. Statement of Claim "

31) Defendant Gonsalves Violated Plaintiff's Constitutional Right to Not Be Denied Prompt Medical Care ON 11-18-21 After His Attack. 14th Of INHALER.

32) Defendant Gonsalves Caused Serious Injury to Plaintiff on 11-18-21 Slaming Him to Concrete out of Wheel Chair - injuring His RIBS, Right Leg/Knee Neck and Arm. Still Denied All AM MEDS.

33) Gonsalves Used Unreasonable Force As to Choke; STRANGLE, Kick", Punch; Drag and pound Plaintiff With Fist. ON 11-18-21 Then THREATEN TO TASE HIM. 14th Violation

34) Gonsalves Closed Plaintiffs Hands And finger INside A Solid STEEL Door ON 11-18-21 AS Excessive Force 14th

35) Gonsalves Denied And Refused Plaint- iff Medical Request With Chest Pain And Unable to properly Breath, Before Attack in Wheelchair on 11-18-21 AND After.

36) Gonsalves Beat, And Attacked Plaint- iff out of Wheel chair, Denied Him to See Medical or obtain His Medication ON 11-18-21, With NO Vitals TAKEN AT All.

37) Gonsalves Cause Plaintiff to Vomit Blood And INJUR HiM FOR Requesting MEDICAL While IN His Wheel chair ON 11-18-21 iN Need of INHALER. 14th

-11-

## D. Statement of Claim

38.) Decarlo ON 11-18-21 Cause Plaintiff to Suffer, As Attacking Him IN A Wheel-Chair. Using Excessive Force 4th And 14 Violation of USC

39.) Declaro Deliberately Injured Plaintiff ON 11-18-21 IN A Wheel Chair For Requesting Medication AND Medical Care.

40.) Decarlo Attacked Plaintiff While IN Wheel-Chair ON 11-18-21 As Slamming, Choking And Throwing him to A Concrete Floor.

41.) Decarlo Deprived Plaintiff Medical Care ON 11-18-21 After his Attack, Where His Hands Was Slammed INSide A Steel Door.

42.) Decarlo Denied Plaintiff Prompt Medical ON 11-18-21 After Injuring Him As Excessive Force AND A Custom practice.

43.) Plaintiff WAS Hurt As UNABLE to Breath From Decarlo taking His Shirt Dragging Him out of Wheel chair ON 11-18-21.

44.) Decarlo ON 11-18-21 Kicked And Snatched Plaintiff out of Wheel Chair Knowing He WAS iN Need of HIS MORNING MEDICATIONS.

45.) Decarlo Used EXCESSIVE FORCE INJURED Plaintiff's RIBS ON 11-18-21 Where He Vomited Blood After Beating Without A Doctor CALLED.

46.) Decarlo took Plaintiff's Wheelchair ON 11-18-21 After Attack Despite His DISABILITY. USING A Shirt to STRANGLE HIM As UNREASONABLE.

-12-

## D. Statement of Claim

47.) Defendant Carnahan on 4-18-23 Did Repeat to Close, Slam A Steel Food Slot Against Plaintiffs Hands AND All Fingers with EXTREME FORCE.

48) Carnahan on 4-18-23 Knew Plaintiffs HAND WAS IN THE Food Slot AS to INTENTIONALLY CAUSE INJURY.

49) Carnahan Violated plaintiffs Right to BE FREE From Use of EXCESSIVE Force ON 4-18-23 Without REASON.

50) Carnahan Did Cause INJURY TO plaintiffs Right Hand Where it Still Has ongoing Tingle of NERVES IN HAND AND Fingers AS of 4-18-23

51) Carnahan Caused Plaintiff Pain As All His Fingers on 4-18-23 Were Swollen AND INJURED Violating 14th Amendment

52. Carnahan Violated Plaintiffs Rights of 14th When Use of UNREASONABLE Force WAS Used With A STEEL Slot SLAMMED AGAINST HIS HAND ON 4-18-23.

53. Carnahan lied AND MADE A False Report on 4-18-23 Claiming Plaintiff Stood Up ON TWO (2) Feet throwing A Wheelchair

Claim TWO #2, Failure to Supervise, AND TRAIN AS EXCESSIVE Force 14th Deliberate Indifference; CRUEL UNUSUAL PUNISHMENT and Due Process Violations:

) Defendant's County of Jefferson; Jeff Shrader AND R. Marinelli.

54.) County of Jefferson Policy AND Custom Practices of EXCESSIVE FORCE Use ON DISABLED INMATES IN A Wheel-chair Violated plaintiffs Rights to Be Free from Excessive Force - Failure TO SUPERVISE AND TRAIN. 14th Due process.

55) County of Jefferson Policy Custom Practices to NOT TRAIN SUBORDINATES, WAS The Moving Force of plaintiff Being HURT, SERIOUSLY INJURED AS of 11-18-21 And ON 4-18-23. As Deliberate INDifferent by Excessive force. 14th

56) Jeff Shradder Head Policy Maker And Allow--ed custom practices of 11-18-21 to Be of Failure to TRAIN Deputies Consalves AND DecaRlo ON EXCESSIVE Force Used ON plaintiff While IN A Wheelchair. 14th

57) Plaintiff Being Handicap ON 11-18-21 Was Dragged, Beat, Stamped out His Wheelchair, UNDer Jeff Shr--ADDer's Policies ON 6D. Due to Failure to TRAIN. 14th

14-

" I. Statement of Claim"

58.) Jeff Shradder failure to Train Allowed Custom was Moving force of 11-18-21 As to plaintiff being Attacked in Wheelchair by Deputies Gonsalves AND Decarlo.

59.) Plaintiff was in Need of His Medications Under Chronic Care AND could Not properly Breath AND Had Serious Chest Pains While in A Wheelchair ON 11-18 21. Denied INHALER.

60.) Plaintiff Informed Gonsalves And Decarlo ON 11-18-21 iN AM As iN Wheelchair He Needed Medical And to See A Sgt AND WAS ATTACKed, Couldn't Breath, Inhaler Denied.

61) Plaintiff's Attack was Due to A Custom Act Allowed where Jeff Shradder Failed to put A Policy Against Forced Used on Disabled Inmates. Which caused plaintiff INjURies of 11-18-21.

62) Plaintiff was Denied His AM Medication or A Sergeant ON 11-18 21, Beaten As choked AND Vomiting Blood After Excessive force WAS Used By Gonsalves AND Decarlo

63) Plaintiff is Entitled to Relief Due to Jeff SHRADDers policy AND custom practices of Failure to TRAIN AGAINST EXCESSIVE force, As Against plaintiff ON 11-18-21. 14th As to Deescalate Disabled Wheelchair ATTACKs.

— /5 —

"D. Statement of Claim"

64) Jeff Shradder's Failure to Train As A Policy And Custom Practices of Excessive Force. Had Deputies Use **FORCE** to Take the Plaintiff's **WHEEL CHAIR ON 11-18-21, UNJUST.**

65) **R.** Marinelli As Policy Maker of 4-18-23 Failure to Supervise AND TRAIN Use of EXCESSIVE Forced Acts Injuring the Plaintiff's HAND. By Deputy CARNAHAN.

66) R. Marinelli Failure to Train Deputy CARNAHAN As A Widespread Custom Allowed of Excessive Force Used regularly Prior to 4-18-21.

67) Plaintiff's injuries And Accounts Due to Failure To TRAIN As Policies And customs of WIDE Spread **PRACTICES** Happen to inmate Ernest TiBBles IN 7D of 2021. Not A Isolated Act - 14th

68) County of Jefferson Policy And CUSTOMS As Failure To TRAIN WAS WIDESpread As DISABled Inmates As Plaintiff And ERNEST TiBBles injured By Acts of EXCESSIVE Force WAS the Moving Force for Years.

69) Plaintiff Assert that Jeff Shradder WAS well Aware of Multiple Accounts of Excessive Force Before the August 2021 ERNEST TiBBles And Plaintiffs 11-18-21 Excessive Force Use. As Failure to TRAIN customs Allowed. Violating Due Process And Deliberate Ind-ifference Against 14th of U.S.C.

- 16 -

Claim Three # 3 , ADA 504 (RA) Title II Discrimination Denied Services 14th Amendment

Defendant's County of Jefferson; Jeff Shradder; Well Path; Vital Core; Gonsalves AND DeCar-10 John Doe Deputies.

70) County of Jefferson Policy AND Customs As to Deprive AND Exclude Services of Plaint-iff Accommodation to Wheelchair from 9-26-21 till 1-10-22 Violated ADA Rights.

71) County of Jefferson Policy to Deny All Services of Plaintiff's Prescribed Pain Medications Since 6-17-21 Ongoing. Do Violate Title II of ADA, STILL IN PAIN NOW.

72) Plaintiff Been in A Wheelchair Since late June of 2021 Due to Back Injury, leg with Bullet And Has Hypertention, Chronic Asthma And Sleep Apnea Being Disabled. Not Able to Stand Nor Walk. 14th

73) Plaintiff WAS placed On Segregation from 9-26-21 till 1-10-22 Excluded from Out Side Recreation As Discrimination over 3 Months. Due to County of Jefferson Policy.

74) Jeff Shradder Policy failed to provide Outside Recreation On 6D And Did Exclude Plaintiff from Program As 9-26-21 till 1-10-22. Due to Disability. 14th ADA 504.

—17—

" D. Statement of Claim "

75) Jeff Shreadder Policy Custom Practice Excluded Plaintiff From A ADA cell Made Him CRAWL ON Floor of 39 6D From 9-26-21 till 1-10-22, IN A NON ADA CELL. Without SHOWERS As Well OVER 90 DAYS.

76) Jeff Shreadder Failed to Accommodate Plaintiff IN A ADA Cell For over 3 Months From 9-26-21 till 1-10-22 As A Service.

77) Jeff Shreadder Policy AND Custom Practice To Deprive Disabled INMATES From Needs As Plaintiffs Wheel chair. WAS Moving Force of Discrimination of Services Denied OVER 3 MONTHS From 9-26-21 TIll 1-10-22.

78) Well Path Policy AND Custom to Take Wheel chair ON 9-26-21 Till 1-10-22 As DISCRIMINATION DENIED SERVICE TO the Plaintiff's Needs. Due to Being DisABled.

79) WEll path Policy AND Custom to Deny the SERVICES OF A Wheel chair cause the Plaintiff to CRAWL ON 39 6D Floor For OVER 3 Months 9-26-21 TIll 1-10-22

80) Well path policy AND CUSTOM practice to Deny Deprive ADA Showers to the Plaintiff From 9-26-21 till 1-10-22 WAS A SERVICE DENIED DUE TO HIM Being DisABled.

-18-

" D. Statement of Claim"

81.) As 9-26-21 Well Path Discontinuing Wheel chair in 39 6 D. Plaintiff was not given a Cane Nor a Walker.

82) Plaintiff Prior to Being in a Wheel chair of June 2021 was with Cane to Walk and Ambulate since 2020. Denied By Well Path Custom Practice of 9-26-21

83) Well Path Excluded Plaintiff from All Services As Discrimination on 9-26-21 Took Wheel chair and Denied All of Services to a Cane or Walker.

84) Plaintiff Now Suffer as in More Pain and Being impacted As Excessively Disabled from 9-26-21 Taken of His Wheel chair. Violating ADA Title II.

85) Jeff Shreadder Allowed Policy and of Customs to Deny Plaintiff a Walker or Cane As Wheel chair was Taken of 9-26-21 Till 1-10-22 Violated Excluded Services of ADA. 14th

- 19 -

Claim Four #4, Denied Medical
Deliberate Indifferent 14th Amendment
Ø USC Violation. Disregarded Serious Needs.

Defendant's County of Jefferson; Jeff Shradder;
Well Path; Vital Care, Gonsalves and Decarlo
John Doe Deputies

86) County of Jefferson Policy and Customs Deprived
Plaintiff's Pain Medications for Serious Chronic
Care. Being Aware and Notified as of 10-7-21

87) County of Jefferson Disregarded All Plaintiffs Needs
of Chronic Pain, failed to create any pain
management or a alternative policy to corr-
ect Denial. Being Deliberate Indifferent 14th

88) County of Jefferson Violated Plaintiffs right to
Not Suffer in excruciating pain as over 2
Years Without "Medication" for injured leg
With Bullet (right) knee and arthritis. As
14th Amendment Violation.

89) County of Jefferson Policy and Custom to Deny Pain/
Nerve Medication and Treatment for Plaintiffs
Neuropathy No feeling in left arm Nand over 2 two
Years as Deliberate Indifference 14th Violation.

90) County of Jefferson Policy and Customs Denied Use
of Services of a Wheelchair from 7-14-21 till
8-13-21 then 9-26-21 to 1-10-22.

91) County of Jefferson Policy and Custom Practices Ø
No ADA Cells on 6D or Showers Denied the
Plaintiff a Wheelchair and Access to Clean Shower
Being Denied Medical Services over 3 months.
from 9-26-21 till 1-10-22.

-20-

D. Statement of Claim

92) County of Jefferson Policy AND Customs Allowed for Plaintiff's WheelChair to Be UNlawfully TAKEN Denied from 9-26-21 Till 1-10-22, AS UNJUST Cause. 14th

93) County of Jefferson Customs Deprived Plaintiff A Wheelchair OR ANY other ACCOMODATIONS. Force Him to CRAWL ON A Floor FOR 3 Months AS 9-26-21 till 1-10-22

94) Jeff Shradders Policy Denied All Plaintiff's Pain Medications As Violating 14th Being Deliberate Indifference. Notified ON 10-7-21 By Judge Jason CARRITHERS

95) Jeff Shradder Disregarded Plaintiff's RIGHT INJURED Leg with Bullet INside AND Severe ARTHRITIS from 6-17-21 till His Departure of 1-15-23 AS A CUSTOM.

96) Jeff Shradder Policy AND Customs Denied Plaintiff A WheelChair from 9-26-21 Till 1-10-22. Forced to CRAWL ON A Cell Floor With A INJURED BACK And Right Leg.

97) Jeff Shradder Policy AND Customs Allowed Deputies Gonsalves And Decarlo ON 11-18-21 To Deny Plaintiff's Medications, Medical CARE, Before AND After BEING Attacked.

98) Jeff Shradder Denied Plaintiff to obtain A C-Pap Machine BEING Deliberate INDifferent OVER 14 Fourteen Months As A CUSTOM.

— 21 —

"D. Statement of Claim"

99) Jeff Shradder Knew of Plaintiff's Need for A C-Pap Machine As 10-7-21 Made Him Suffocate till September 2022 Over 12 TWELVE MONTHS, Deliberate Indifferent 14th

100) Jeff Shradder WAS Deliberate Indifferent As to Policy AND Customs of providing A C-Pap Sleep Machine for Plaintiffs Sleep APNea from 6-17-21 till of September 2022.

101) Jeff Shradder Policy AND Custom Failure to Provide Serious Medical Needs Caused Plaintiff to Suffer Nose Bleeds, Sore DRY THROAT AND Suffocating IN Sleep Without C-Pap Machine Over A Year, Till Sept 2022.

102) Jeff Shradder Policy AND Customs Allowed for Plaintiff to Be Denied Breathing -TREATMENTS AND CORRECT INHaler ENtire Time 6-17-21 till 1-15-23 Suffering

103) Jeff Shradder Policy AND Customs of practice encouraged Deputies Gonsalves AND Decarlo to Deny Medical Care And Medications for Plaintiff ON 11-18-21, After Excessive Force Injuries.

104) Jeff Shradder Custom Practices AND Failure to Correct policies Denied plaintiff 11-18-21 His MEDICATION for SERIOUS NEEDS AND MEDICAL CARE AfTer Attack By Gonsalves AND Decarlo BEiNG Deliberate INDifferent

D.   Statement of Claim

105) Well Path Policy And Customs to Deny Deprive Plaintiff Breathing Treatments for Chronic Asthma from 6-17-21 till 12-31-21 Was Deliberate INDIFFERENT

106) Well Path Policy AND Custom to Deprive Plaintiff For Outside Referral to Pulmonary Asthma Doctor, Caused Breathing Trouble from 6-17-21 till 12-31-21.

107) Well Path provided Plaintiff With the Wrong INHALER AND Caused Him to Have Difficult Breathing over 5 Five Months. 14th VIOLATION.

108) Well Path Was Deliberate INDiffer- ent to Plaintiff Serious Needs As Custom Practices of their Subordina- tes Refusing His Albuterol INHALER.

109) Well Path IgNored AND Disregarded Plaintiff Serious Needs For INHALER AND Breathing TREATMENTS As A Full CUSTOM PRACTICE from 6-17-21 till 12-31-21,

110) Well Path Violated 14th Amendment As Disregarding Plaintiffs Serious Needs With Nurses from 6-17-21 till 12-31-21 Refusing HIS ALBUTEROL for CHRONIC CARE, Despite Grievances Filed As A Custom Practice.

-23-

## "D Statement of Claim"

81) Vital Core Custom Practice to Delay AND Deny plaintiff Prompt Medical As of 4-18-23 with Hand Slammed IN Steel Slot Caused Agoniz-ing EXCRUCIATING Pain over Weeks after.

82) Vital Core Denied Plaintiff Medication And Adequate Care For His Hand of Fingers Swollen ON 4-18-23, Closed iN A Food Slot. Denied As A Custom practice.

83) Vital Core Was Sent Multiple Kites ON 4-18-23 AS iNJURY to Plaintiffs Hand Only to Be Denied and Disregarded.

84) Vital Core Custom Practice to Deny Plaintiff Care AND Treatment For His Hand iNJURED ON 4-18-23 WAS Deliberate Reckless Disregard to Serious Needs.

85) Vital Core Violated Plaintiff's Rights As of their Policy AND Custom Practices to Totally Not Hold Prompt Review As of 4-18-23 to See A Doctor, Causing Him to Suffer Without Pain MEDICATION. 14th Due Process.

86) Plaintiff is ENTITLED to Relief For Vital Core Not Providing Adequate Care ON 4-18-23 of Hand Slammed iN Steel Slot Causing EXTREME Pain. 14th

— 24 —

" D. Statement of Claim "

117.) Defendant's Decarlo and Gonsalves on 11-18-21 Denied Plaintiff Medical for Serious Needs, requesting his **AM** MEDICATION. DISREGARDED. 14 Deliberate Indifferent.

118.) Gonsalves and Decarlo Denied to call Medical. INFORMED By Plaintiff He was IN NEED of His AM MEDICATIONS and Nauseated; Head Aches on 11-18-21. Denied 14, Due Process

119.) Gonsalves and Decarlo Disregarded Plaintiff Plea for His AM MEDICATIONS and Took His Wheel chair; Attacking Him; Injuring Him and Denied for HIM TO See a Doctor on 11-18-21.

120.) Plaintiff was subjected to No AM Medication, Had Wheel chair taken; Suffered Serious Injury to NECK; RIBS; BACK; ARM; LEG; KNEE and was Deprived a Doctor IN Serious Pain. As of 11-18-21 Due To Gonsalves and Decarlo. 14th

121.) Gonsalves and Decarlo was Deliberate and Indifferent when they IGNORED plaintiffs Serious Needs for His AM Medications as Under "CHRONIC CARE"! 14th Amendment Violation. Due Process

122.) Plaintiff was Vomiting Blood, Neck Swollen, Ribs INJURED, Back in Extreme pain and Suffered for Weeks with No Doctor. Due to Gonsalves and Decarlo 11-18-21 Attack and No Medical.

123.) Gonsalves and Decarlo INTENTIONALLY Denied Plaintiff Medical on 11-18-21 As A Cover up of their Excessive Force with Injury. 14th

-25-