



FROM:
B. Heward
VH87778
P.O. Box 16700
Golden, Co
80402

TO:
Clerk A105
U.S. District Ct
901 - 19th Street
Den, Co 80294

Rcv 11/9/23 1398



**PRIORITY MAIL®**

UNITED STATES POSTAL SERVICE®

From:
B. Menard
P.O. Box 16700
Golden, Co 80402

To: United States District Court Clerk # A105
901-19th Street
Denver, Co 80402

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

TRACKED ■ INSURED


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.