United States District
District of Colorado

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 16 2023
JEFFREY P. COLWELL
CLERK

Bobby E Heward

County of Jefferson
Jeff Shreader
Well Path
Vital Core et al,

Civil No# _____

Motion Request Leave for Additional Pages to Be Added on this Claim under CRP (15). As to Where for Screening as Follow:

1. Plaintiff in this Claim with 123 full short paragraphs that May exceed the 30 pages of Which the Court require. For which seek permission in good Faith.

Certificate of Service

Plaintiff Send Claim And Motion on this 9th Day of November 2023 to Clerk of District Court.

Bobby Heward
#01138798  Bobby E Heward
PO Box 16700
Golden, Co
80402