IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 17 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_Bobby E Henard_, Plaintiff,

v.

_County of Jefferson_
_Jeff Shrasser_
_Well Path et, Al_, Defendant(s).

PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is: _Deliberate Indifferent, Excessive Force_
_ADA, Monell Claims_

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

—0—

"Indigent"

5. Are you in imminent danger of serious physical injury?

X Yes __ No (CHECK ONE). If you answered yes, briefly explain your answer:

"Medical Chronic Care ADA Serious Needs Denied Therapy"

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  11-9-23
              (Date)

_Bobby Hend_
(Prisoner's Original Signature)

## AUTHORIZATION

I, _Bobby E Neward_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Bobby E Neward_

Prisoner Signature: _Bobby Neward_

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: __BOBBY E MENARA__

Signature of Authorized Prison Official: _[signature]_

Date: __11/9/23__

# Inmate Balance History Report - Simple

Created: 11/9/2023 16:53:20

| | | | |
|---|---|---|---|
| Number: | P01138778 | Secondary: 2109772 | Location: JCSO SHU 01 |
| Name: | HENARD, BOBBY EANRICCO | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| BOOKING FEE | 06/18/2021 02:05:33AM | ($30.00) | $0.00 | ($30.00) | $0.00 |
| MAIL CREDIT | 06/28/2021 01:12:01AM | $20.00 | $4.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:23:56PM | ($1.00) | $3.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:08PM | ($1.00) | $2.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:21PM | ($1.00) | $1.00 | ($14.00) | $0.00 |
| SECURUS PHONE TIME | 07/04/2021 03:24:25PM | ($1.00) | $0.00 | ($14.00) | $0.00 |
| MEDICAL CHARGE | 08/13/2021 12:32:48AM | ($15.00) | $0.00 | ($29.00) | $0.00 |
| MEDICAL CHARGE | 08/17/2021 12:33:29AM | ($5.00) | $0.00 | ($34.00) | $0.00 |
| MEDICAL CHARGE | 08/19/2021 12:33:34AM | ($5.00) | $0.00 | ($39.00) | $0.00 |
| MEDICAL CHARGE | 08/21/2021 12:33:38AM | ($5.00) | $0.00 | ($44.00) | $0.00 |
| MEDICAL CHARGE | 08/27/2021 12:33:49AM | ($5.00) | $0.00 | ($49.00) | $0.00 |
| MEDICAL CHARGE | 08/28/2021 12:33:51AM | ($5.00) | $0.00 | ($54.00) | $0.00 |
| MEDICAL CHARGE | 08/28/2021 12:33:51AM | ($5.00) | $0.00 | ($59.00) | $0.00 |
| MEDICAL CHARGE | 09/06/2021 12:34:09AM | ($10.00) | $0.00 | ($69.00) | $0.00 |
| MEDICAL CHARGE | 09/08/2021 12:34:13AM | ($5.00) | $0.00 | ($74.00) | $0.00 |
| MEDICAL CHARGE | 09/10/2021 12:34:15AM | ($5.00) | $0.00 | ($79.00) | $0.00 |
| MEDICAL CHARGE | 09/10/2021 12:34:16AM | ($5.00) | $0.00 | ($84.00) | $0.00 |
| MEDICAL CHARGE | 09/15/2021 12:34:27AM | ($5.00) | $0.00 | ($89.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($94.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($99.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($104.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($109.00) | $0.00 |
| MEDICAL CHARGE | 09/17/2021 12:34:30AM | ($5.00) | $0.00 | ($114.00) | $0.00 |
| MEDICAL CHARGE | 09/28/2021 12:34:49AM | ($5.00) | $0.00 | ($119.00) | $0.00 |
| MEDICAL CHARGE | 10/02/2021 12:34:51AM | ($5.00) | $0.00 | ($124.00) | $0.00 |
| MEDICAL CHARGE | 10/06/2021 12:34:54AM | ($5.00) | $0.00 | ($129.00) | $0.00 |
| MEDICAL CHARGE | 10/07/2021 12:35:05AM | ($5.00) | $0.00 | ($134.00) | $0.00 |
| MEDICAL CHARGE | 10/11/2021 12:35:14AM | ($5.00) | $0.00 | ($139.00) | $0.00 |
| MEDICAL CHARGE | 10/13/2021 12:35:18AM | ($5.00) | $0.00 | ($144.00) | $0.00 |
| MEDICAL CHARGE | 10/13/2021 12:35:18AM | ($5.00) | $0.00 | ($149.00) | $0.00 |
| MEDICAL CHARGE | 10/15/2021 12:35:22AM | ($15.00) | $0.00 | ($164.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($169.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($174.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($179.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($184.00) | $0.00 |
| MEDICAL CHARGE | 10/21/2021 12:35:33AM | ($5.00) | $0.00 | ($189.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($3.00) | $0.00 | ($192.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($197.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($202.00) | $0.00 |
| MEDICAL CHARGE | 10/22/2021 12:35:35AM | ($5.00) | $0.00 | ($207.00) | $0.00 |
| MEDICAL CHARGE | 10/23/2021 12:35:37AM | ($15.00) | $0.00 | ($222.00) | $0.00 |
| MEDICAL CHARGE | 10/24/2021 12:35:38AM | ($35.00) | $0.00 | ($257.00) | $0.00 |
| MEDICAL CHARGE | 10/24/2021 12:35:38AM | ($40.00) | $0.00 | ($297.00) | $0.00 |
| MEDICAL CHARGE | 10/31/2021 12:35:52AM | ($15.00) | $0.00 | ($312.00) | $0.00 |
| MEDICAL CHARGE | 11/01/2021 12:35:54AM | ($10.00) | $0.00 | ($322.00) | $0.00 |
| MEDICAL CHARGE | 11/07/2021 12:36:04AM | ($5.00) | $0.00 | ($327.00) | $0.00 |
| MEDICAL CHARGE | 11/07/2021 12:36:04AM | ($5.00) | $0.00 | ($332.00) | $0.00 |
| MEDICAL CHARGE | 11/09/2021 12:43:05AM | ($5.00) | $0.00 | ($337.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($15.00) | $0.00 | ($352.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($357.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($362.00) | $0.00 |
| MEDICAL CHARGE | 11/10/2021 12:43:07AM | ($5.00) | $0.00 | ($367.00) | $0.00 |
| MEDICAL CHARGE | 11/12/2021 12:43:11AM | ($20.00) | $0.00 | ($387.00) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

Page 1 of 4

# Inmate Balance History Report - Simple

Created: 11/9/2023 16:53:20

| Number: | P01138778 | Secondary: | 2109772 | Location: | JCSO SHU 01 |
| Name: | HENARD, BOBBY EANRICCO | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| MEDICAL CHARGE | 11/14/2021 12:43:17AM | ($10.00) | $0.00 | ($397.00) | $0.00 |
| MEDICAL CHARGE | 11/20/2021 12:43:26AM | ($5.00) | $0.00 | ($402.00) | $0.00 |
| MEDICAL CHARGE | 11/22/2021 12:43:33AM | ($5.00) | $0.00 | ($407.00) | $0.00 |
| MEDICAL CHARGE | 11/26/2021 12:43:38AM | ($5.00) | $0.00 | ($412.00) | $0.00 |
| MEDICAL CHARGE | 12/15/2021 12:33:54AM | ($25.00) | $0.00 | ($437.00) | $0.00 |
| MEDICAL CHARGE | 12/19/2021 12:34:01AM | ($30.00) | $0.00 | ($467.00) | $0.00 |
| MEDICAL CHARGE | 12/21/2021 12:34:05AM | ($20.00) | $0.00 | ($487.00) | $0.00 |
| MEDICAL CHARGE | 12/24/2021 12:34:07AM | ($3.00) | $0.00 | ($490.00) | $0.00 |
| MEDICAL CHARGE | 12/26/2021 12:34:14AM | ($35.00) | $0.00 | ($525.00) | $0.00 |
| MEDICAL CHARGE | 01/28/2022 12:38:13AM | ($10.00) | $0.00 | ($535.00) | $0.00 |
| MEDICAL CHARGE | 02/04/2022 12:38:20AM | ($15.00) | $0.00 | ($550.00) | $0.00 |
| MEDICAL CHARGE | 02/04/2022 12:38:20AM | ($5.00) | $0.00 | ($555.00) | $0.00 |
| MEDICAL CHARGE | 02/05/2022 12:53:21AM | ($15.00) | $0.00 | ($570.00) | $0.00 |
| MEDICAL CHARGE | 02/10/2022 12:38:36AM | ($15.00) | $0.00 | ($585.00) | $0.00 |
| MEDICAL CHARGE | 02/13/2022 12:38:41AM | ($20.00) | $0.00 | ($605.00) | $0.00 |
| MEDICAL CHARGE | 02/14/2022 12:38:44AM | ($4.00) | $0.00 | ($609.00) | $0.00 |
| MEDICAL CHARGE | 02/15/2022 12:38:45AM | ($5.00) | $0.00 | ($614.00) | $0.00 |
| MEDICAL CHARGE | 02/16/2022 12:53:48AM | ($45.00) | $0.00 | ($659.00) | $0.00 |
| MEDICAL CHARGE | 03/02/2022 12:54:16AM | ($5.00) | $0.00 | ($664.00) | $0.00 |
| MEDICAL CHARGE | 03/02/2022 12:54:16AM | ($35.00) | $0.00 | ($699.00) | $0.00 |
| MEDICAL CHARGE | 03/07/2022 12:54:25AM | ($5.00) | $0.00 | ($704.00) | $0.00 |
| MEDICAL CHARGE | 03/16/2022 12:54:41AM | ($20.00) | $0.00 | ($724.00) | $0.00 |
| MEDICAL CHARGE | 03/18/2022 12:54:45AM | ($5.00) | $0.00 | ($729.00) | $0.00 |
| MEDICAL CHARGE | 03/31/2022 12:50:11AM | ($10.00) | $0.00 | ($739.00) | $0.00 |
| MEDICAL CHARGE | 04/01/2022 12:35:12AM | ($10.00) | $0.00 | ($749.00) | $0.00 |
| MEDICAL CHARGE | 04/02/2022 12:35:15AM | ($10.00) | $0.00 | ($759.00) | $0.00 |
| MEDICAL CHARGE | 04/03/2022 12:50:16AM | ($10.00) | $0.00 | ($769.00) | $0.00 |
| MEDICAL CHARGE | 04/04/2022 12:50:18AM | ($10.00) | $0.00 | ($779.00) | $0.00 |
| MEDICAL CHARGE | 04/05/2022 12:50:20AM | ($5.00) | $0.00 | ($784.00) | $0.00 |
| MEDICAL CHARGE | 06/23/2022 12:43:03AM | ($5.00) | $0.00 | ($789.00) | $0.00 |
| MEDICAL CHARGE | 06/23/2022 12:43:03AM | ($10.00) | $0.00 | ($799.00) | $0.00 |
| MEDICAL CHARGE | 06/24/2022 12:43:04AM | ($5.00) | $0.00 | ($804.00) | $0.00 |
| MEDICAL CHARGE | 06/24/2022 12:43:04AM | ($10.00) | $0.00 | ($814.00) | $0.00 |
| MEDICAL CHARGE | 06/29/2022 12:52:18AM | ($15.00) | $0.00 | ($829.00) | $0.00 |
| MEDICAL CHARGE | 06/30/2022 12:52:21AM | ($15.00) | $0.00 | ($844.00) | $0.00 |
| MEDICAL CHARGE | 07/13/2022 12:52:47AM | ($5.00) | $0.00 | ($849.00) | $0.00 |
| MEDICAL CHARGE | 07/18/2022 12:52:55AM | ($20.00) | $0.00 | ($869.00) | $0.00 |
| MEDICAL CHARGE | 07/28/2022 12:46:50AM | ($5.00) | $0.00 | ($874.00) | $0.00 |
| MEDICAL CHARGE | 07/28/2022 12:46:50AM | ($5.00) | $0.00 | ($879.00) | $0.00 |
| MEDICAL CHARGE | 07/31/2022 12:46:53AM | ($10.00) | $0.00 | ($889.00) | $0.00 |
| MEDICAL CHARGE | 08/01/2022 12:46:55AM | ($5.00) | $0.00 | ($894.00) | $0.00 |
| MEDICAL CHARGE | 08/05/2022 12:47:01AM | ($5.00) | $0.00 | ($899.00) | $0.00 |
| MEDICAL CHARGE | 08/07/2022 12:47:05AM | ($5.00) | $0.00 | ($904.00) | $0.00 |
| MEDICAL CHARGE | 08/08/2022 12:32:05AM | ($3.00) | $0.00 | ($907.00) | $0.00 |
| MEDICAL CHARGE | 08/08/2022 12:32:05AM | ($5.00) | $0.00 | ($912.00) | $0.00 |
| MEDICAL CHARGE | 08/08/2022 12:32:05AM | ($10.00) | $0.00 | ($922.00) | $0.00 |
| MEDICAL CHARGE | 08/11/2022 12:47:11AM | ($5.00) | $0.00 | ($927.00) | $0.00 |
| MEDICAL CHARGE | 08/19/2022 12:47:27AM | ($10.00) | $0.00 | ($937.00) | $0.00 |
| MEDICAL CHARGE | 08/22/2022 12:47:33AM | ($5.00) | $0.00 | ($942.00) | $0.00 |
| MEDICAL CHARGE | 08/31/2022 12:53:35AM | ($5.00) | $0.00 | ($947.00) | $0.00 |
| MEDICAL CHARGE | 08/31/2022 12:53:36AM | ($5.00) | $0.00 | ($952.00) | $0.00 |
| MEDICAL CHARGE | 08/31/2022 12:53:36AM | ($5.00) | $0.00 | ($957.00) | $0.00 |
| MEDICAL CHARGE | 09/05/2022 12:53:45AM | ($5.00) | $0.00 | ($962.00) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws.  You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 11/9/2023 16:53:20

| | | | | |
|---|---|---|---|---|
| Number: | P01138778 | Secondary: 2109772 | | Location: JCSO SHU 01 |
| Name: | HENARD, BOBBY EANRICCO | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| MEDICAL CHARGE | 09/09/2022 12:53:51AM | ($5.00) | $0.00 | ($967.00) | $0.00 |
| MEDICAL CHARGE | 09/27/2022 12:45:29AM | ($5.00) | $0.00 | ($972.00) | $0.00 |
| MEDICAL CHARGE | 10/03/2022 12:45:39AM | ($5.00) | $0.00 | ($977.00) | $0.00 |
| MEDICAL CHARGE | 10/04/2022 12:45:41AM | ($5.00) | $0.00 | ($982.00) | $0.00 |
| MEDICAL CHARGE | 10/14/2022 12:45:55AM | ($5.00) | $0.00 | ($987.00) | $0.00 |
| MEDICAL CHARGE | 10/27/2022 12:51:11AM | ($5.00) | $0.00 | ($992.00) | $0.00 |
| MEDICAL CHARGE | 11/12/2022 12:51:39AM | ($5.00) | $0.00 | ($997.00) | $0.00 |
| MEDICAL CHARGE | 11/15/2022 12:51:45AM | ($5.00) | $0.00 | ($1,002.00) | $0.00 |
| MEDICAL CHARGE | 11/25/2022 12:52:01AM | ($5.00) | $0.00 | ($1,007.00) | $0.00 |
| MEDICAL CHARGE | 12/02/2022 12:42:20AM | ($5.00) | $0.00 | ($1,012.00) | $0.00 |
| MEDICAL CHARGE | 01/04/2023 12:43:41AM | ($10.00) | $0.00 | ($1,022.00) | $0.00 |
| MEDICAL CHARGE | 01/22/2023 12:44:09AM | ($5.00) | $0.00 | ($1,027.00) | $0.00 |
| MEDICAL CHARGE | 02/03/2023 12:49:47AM | ($5.00) | $0.00 | ($1,032.00) | $0.00 |
| POSTAGE | 02/14/2023 02:17:19PM | ($10.00) | $0.00 | ($1,042.00) | $0.00 |
| VOID-POSTAGE | 02/14/2023 02:17:36PM | $10.00 | $0.00 | ($1,032.00) | $0.00 |
| POSTAGE | 02/14/2023 03:00:33PM | ($9.90) | $0.00 | ($1,041.90) | $0.00 |
| MEDICAL CHARGE | 02/19/2023 12:50:12AM | ($5.00) | $0.00 | ($1,046.90) | $0.00 |
| MEDICAL CHARGE | 03/01/2023 12:50:27AM | ($5.00) | $0.00 | ($1,051.90) | $0.00 |
| MEDICAL CHARGE | 03/01/2023 12:50:27AM | ($5.00) | $0.00 | ($1,056.90) | $0.00 |
| MEDICAL CHARGE | 03/01/2023 12:50:27AM | ($5.00) | $0.00 | ($1,061.90) | $0.00 |
| MEDICAL CHARGE | 03/01/2023 12:50:27AM | ($5.00) | $0.00 | ($1,066.90) | $0.00 |
| MEDICAL CHARGE | 03/06/2023 12:50:35AM | ($20.00) | $0.00 | ($1,086.90) | $0.00 |
| MEDICAL CHARGE | 03/13/2023 12:50:48AM | ($20.00) | $0.00 | ($1,106.90) | $0.00 |
| MEDICAL CHARGE | 03/13/2023 12:50:48AM | ($20.00) | $0.00 | ($1,126.90) | $0.00 |
| MEDICAL CHARGE | 03/15/2023 12:50:52AM | ($10.00) | $0.00 | ($1,136.90) | $0.00 |
| MEDICAL CHARGE | 03/31/2023 12:42:56AM | ($5.00) | $0.00 | ($1,141.90) | $0.00 |
| MEDICAL CHARGE | 03/31/2023 12:42:56AM | ($5.00) | $0.00 | ($1,146.90) | $0.00 |
| MEDICAL CHARGE | 04/16/2023 12:43:19AM | ($5.00) | $0.00 | ($1,151.90) | $0.00 |
| MEDICAL CHARGE | 04/17/2023 12:43:21AM | ($5.00) | $0.00 | ($1,156.90) | $0.00 |
| MEDICAL CHARGE | 04/21/2023 12:43:27AM | ($55.00) | $0.00 | ($1,211.90) | $0.00 |
| MEDICAL CHARGE | 04/23/2023 12:43:30AM | ($15.00) | $0.00 | ($1,226.90) | $0.00 |
| MEDICAL CHARGE | 04/25/2023 12:48:09AM | ($15.00) | $0.00 | ($1,241.90) | $0.00 |
| MEDICAL CHARGE | 04/26/2023 12:48:10AM | ($15.00) | $0.00 | ($1,256.90) | $0.00 |
| MEDICAL CHARGE | 05/10/2023 12:33:33AM | ($10.00) | $0.00 | ($1,266.90) | $0.00 |
| MEDICAL CHARGE | 05/10/2023 12:33:33AM | ($5.00) | $0.00 | ($1,271.90) | $0.00 |
| MEDICAL CHARGE | 05/13/2023 12:33:37AM | ($5.00) | $0.00 | ($1,276.90) | $0.00 |
| MEDICAL CHARGE | 05/14/2023 12:33:39AM | ($20.00) | $0.00 | ($1,296.90) | $0.00 |
| MEDICAL CHARGE | 05/15/2023 12:33:41AM | ($15.00) | $0.00 | ($1,311.90) | $0.00 |
| MEDICAL CHARGE | 05/18/2023 12:33:45AM | ($35.00) | $0.00 | ($1,346.90) | $0.00 |
| MEDICAL CHARGE | 05/22/2023 12:33:51AM | ($5.00) | $0.00 | ($1,351.90) | $0.00 |
| MEDICAL CHARGE | 05/22/2023 12:33:51AM | ($5.00) | $0.00 | ($1,356.90) | $0.00 |
| MEDICAL CHARGE | 05/22/2023 12:33:51AM | ($20.00) | $0.00 | ($1,376.90) | $0.00 |
| MEDICAL CHARGE | 05/22/2023 12:33:51AM | ($40.00) | $0.00 | ($1,416.90) | $0.00 |
| MEDICAL CHARGE | 05/23/2023 12:33:53AM | ($70.00) | $0.00 | ($1,486.90) | $0.00 |
| MEDICAL CHARGE | 05/24/2023 12:33:54AM | ($10.00) | $0.00 | ($1,496.90) | $0.00 |
| MEDICAL CHARGE | 05/26/2023 12:33:57AM | ($20.00) | $0.00 | ($1,516.90) | $0.00 |
| MEDICAL CHARGE | 06/09/2023 12:43:06AM | ($4.00) | $0.00 | ($1,520.90) | $0.00 |
| MEDICAL CHARGE | 06/14/2023 12:43:14AM | ($5.00) | $0.00 | ($1,525.90) | $0.00 |
| MEDICAL CHARGE | 06/20/2023 12:43:20AM | ($5.00) | $0.00 | ($1,530.90) | $0.00 |
| MEDICAL CHARGE | 06/21/2023 12:43:22AM | ($10.00) | $0.00 | ($1,540.90) | $0.00 |
| MEDICAL CHARGE | 06/28/2023 12:31:21AM | ($35.00) | $0.00 | ($1,575.90) | $0.00 |
| POSTAGE | 07/03/2023 11:02:31PM | ($9.65) | $0.00 | ($1,585.55) | $0.00 |
| MEDICAL CHARGE | 07/15/2023 12:34:31AM | ($5.00) | $0.00 | ($1,590.55) | $0.00 |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

# Inmate Balance History Report - Simple

Created: 11/9/2023 16:53:20

| Number: | P01138778 | Secondary: | 2109772 | Location: | JCSO SHU 01 |
|---|---|---|---|---|---|
| Name: | HENARD, BOBBY EANRICCO | | | | |

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| MEDICAL CHARGE | 07/15/2023 12:34:31AM | ($5.00) | $0.00 | ($1,595.55) | $0.00 |
| MEDICAL CHARGE | 07/15/2023 12:34:31AM | ($5.00) | $0.00 | ($1,600.55) | $0.00 |
| MEDICAL CHARGE | 07/15/2023 12:34:31AM | ($5.00) | $0.00 | ($1,605.55) | $0.00 |
| MEDICAL CHARGE | 07/16/2023 12:34:32AM | ($5.00) | $0.00 | ($1,610.55) | $0.00 |
| MEDICAL CHARGE | 07/16/2023 12:34:32AM | ($5.00) | $0.00 | ($1,615.55) | $0.00 |
| MEDICAL CHARGE | 07/16/2023 12:34:32AM | ($5.00) | $0.00 | ($1,620.55) | $0.00 |
| MEDICAL CHARGE | 07/18/2023 12:34:35AM | ($10.00) | $0.00 | ($1,630.55) | $0.00 |
| MEDICAL CHARGE | 07/26/2023 12:45:31AM | ($20.00) | $0.00 | ($1,650.55) | $0.00 |
| MEDICAL CHARGE | 07/26/2023 12:45:31AM | ($10.00) | $0.00 | ($1,660.55) | $0.00 |
| MEDICAL CHARGE | 07/26/2023 12:45:31AM | ($40.00) | $0.00 | ($1,700.55) | $0.00 |
| MEDICAL CHARGE | 07/28/2023 12:45:33AM | ($5.00) | $0.00 | ($1,705.55) | $0.00 |
| MEDICAL CHARGE | 07/30/2023 12:45:35AM | ($5.00) | $0.00 | ($1,710.55) | $0.00 |
| MEDICAL CHARGE | 07/30/2023 12:45:35AM | ($5.00) | $0.00 | ($1,715.55) | $0.00 |
| MEDICAL CHARGE | 07/30/2023 12:45:35AM | ($5.00) | $0.00 | ($1,720.55) | $0.00 |
| MEDICAL CHARGE | 08/05/2023 12:45:42AM | ($5.00) | $0.00 | ($1,725.55) | $0.00 |
| MEDICAL CHARGE | 08/05/2023 12:45:42AM | ($5.00) | $0.00 | ($1,730.55) | $0.00 |
| MEDICAL CHARGE | 08/05/2023 12:45:43AM | ($5.00) | $0.00 | ($1,735.55) | $0.00 |
| MEDICAL CHARGE | 08/08/2023 12:45:47AM | ($5.00) | $0.00 | ($1,740.55) | $0.00 |
| MEDICAL CHARGE | 08/13/2023 12:45:51AM | ($5.00) | $0.00 | ($1,745.55) | $0.00 |
| MEDICAL CHARGE | 08/19/2023 12:37:33AM | ($5.00) | $0.00 | ($1,750.55) | $0.00 |
| MEDICAL CHARGE | 09/03/2023 12:43:50AM | ($10.00) | $0.00 | ($1,760.55) | $0.00 |
| MEDICAL CHARGE | 09/06/2023 12:43:55AM | ($6.00) | $0.00 | ($1,766.55) | $0.00 |
| MEDICAL CHARGE | 09/13/2023 12:39:10AM | ($5.00) | $0.00 | ($1,771.55) | $0.00 |
| POSTAGE | 10/09/2023 06:52:25AM | ($9.65) | $0.00 | ($1,781.20) | $0.00 |
| MEDICAL CHARGE | 10/11/2023 12:44:33AM | ($10.00) | $0.00 | ($1,791.20) | $0.00 |
| MEDICAL CHARGE | 10/30/2023 12:34:46AM | ($10.00) | $0.00 | ($1,801.20) | $0.00 |
| MEDICAL CHARGE | 11/06/2023 12:34:56AM | ($10.00) | $0.00 | ($1,811.20) | $0.00 |
| | | **Ending Totals:** | **$0.00** | **($1,811.20)** | **$0.00** |

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report may contain nonpublic personal information about inmates subject to the restrictions of privacy laws. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.

Page 4 of 4

