IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03069-SBP
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

BOBBY E. HENARD,

    Plaintiff,

v.

COUNTY OF JEFFERSON,
JEFF SHRADDER,
WELL PATH,
VITAL CORE,
R. MARINELLI,
GONSALVES JOHN DOE,
DECARLO JOHN DOE,
CARNAHAN JOHN DOE,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

Plaintiff Bobby E. Henard is detained at the Jefferson County Detention Facility in Golden, Colorado. On November 16, 2023, Plaintiff filed *pro se* a Prisoner Complaint (ECF No. 1)[1] and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4). The § 1915 motion will be granted.

Based on the information about Plaintiff's financial status indicating that he has had a zero or negative balance in his inmate account throughout the six-month period

---

[1] "(ECF No. 1)" is an example of the convention the court uses to identify the docket number assigned to a specific paper by the court's case management and electronic filing system (CM/ECF).

1

preceding the filing of this action, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff has authorized disbursement of partial payments of the filing fee from his prison account. (*See* ECF No. 4 at 3). Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action.

Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 4) is GRANTED. It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee. It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's inmate account monthly payments of 20 percent of the preceding month's income credited to his inmate account until Plaintiff has paid the total filing fee of $350.00. *See* 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's inmate account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether

relief is granted or denied.   It is

FURTHER ORDERED that the Clerk of the Court shall not issue process at this time.   It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge or magistrate judge under D.C.COLO.LCivR 8.1(c).   It is

FURTHER ORDERED that the Clerk of Court shall send a copy of this order to Business Office, Attn: Inmate Accounts, at the Jefferson County Detention Facility in Golden, Colorado.   It is

FURTHER ORDERED that Plaintiff's "Motion Request Leave for Additional Pages" (ECF No. 2) is DENIED.

DATED November 30, 2023.

BY THE COURT:

Susan Prose
United States Magistrate Judge