NEW 2-11-24

Unit E2 "ADDRESS CHANGE"
Bobby E. Henard
RM 105   ~~[redacted]~~   Colorado Mental Hospital
1600 W 24th St
Pueblo, Co 81003

To: Clerk of Court;

On All Cases Claims in Court

I ask all My Mail

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 23 2024
JEFFREY P. COLWELL
CLERK

Since 2-8-24 Be Sent A.S.A.P. To Address Below At State Hospital With All New Up Dates of Cases Pending Of

1:23-CV-01523 DDD/MDB, 1:21-CV-03123 DDD/MDB
1:22-CV-01459 DDD/MBD, 1:23-CV-02995 SBP ~~DDD/MDB~~
1:23-CV-0369 All Cases in Court Under Henard v. County of Jefferson

CMHHIP   Unit E2 Room 105
1600 W 24th St   THANKS
Pueblo, Co 81003

Bobby E. Henard
Unit E2 105
CMHIP
1600 W 24th Street
Pueblo, Co
81003

FIRST-CLASS MAIL
neopost
02/16/2024
US POSTAGE $000.64⁰
ZIP 80216
041L12205053

To: Clerk of Court
901-19th Street A105
Denver, Colorado
80294

RCVD 16 FEB '24