IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03069-SBP

BOBBY E. HENARD,

    Plaintiff,

v.

COUNTY OF JEFFERSON,
JEFF SHRADDER,
WELL PATH,
VITAL CORE,
R. MARINELLI,
GONSALVES JOHN DOE,
DECARLO JOHN DOE,
CARNAHAN JOHN DOE,

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    In light of Plaintiff's notice of change of address (ECF No. 7), the Court *sua sponte* grants Plaintiff an extension to **April 5, 2024**, to comply with the February 5, 2024, Order Directing Plaintiff to File Amended Prisoner Complaint (ECF No. 6). This action may be dismissed without further notice if Plaintiff fails to comply with the order to amend within the time allowed.

    Plaintiff shall include only one case number on every filing he submits to this Court. Future filings containing more than one case number may be stricken.

    DATED: March 12, 2024