United States District Court
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR 01 2024
JEFFREY P. COLWELL
CLERK

Bobby E. Henard
Plaintiff         Cause No 23-cv-0369 SBP
v.
County of Jefferson

## Motion for 30 Days extended Enlargement of Time to Amend.

Pro-Se Plaintiff, Now Seek to have **30 day** extention of Time, Due to the following:

1. Plaintiff was transferred to Pueblo Mental Hospital and have Several Claims. Being Unable to meet the 4/5/24 Deadline.

— 1 —

2. Plaintiff send Notice in Good Faith As Where to Amend claim is one of Several deemed Due By April 5th, 2024.

Certificate of Service

Plaintiff Send By Hospital Mail on this __26th__ day of March 2024. Bolly B. Heward
1600 W. 24th Street
Pueblo, Co 81003

Bary Hil
BH

-2-

BOBBY R. HENARD
1600 W. 24th Street
Pueblo, Co 81003

To: United States District
Court of Colorado
Clerk of Court RM # A105
901 - 19th Street
Denver, Co 80294

FIRST CLASS MAIL
03/29/2024
$000.64°
ZIP 81003
011 2205954

80294-82500 C044

RCVD 28 MAR '24