IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03069-SBP

BOBBY E. HENARD,

    Plaintiff,

v.

COUNTY OF JEFFERSON,
JEFF SHRADDER,
WELL PATH,
VITAL CORE,
R. MARINELLI,
GONSALVES JOHN DOE,
DECARLO JOHN DOE,
CARNAHAN JOHN DOE,

    Defendants.

MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE SUSAN PROSE

    Plaintiff's motion for extension of time (ECF No. 9) to comply with the February 5, 2024, Order Directing Plaintiff to File Amended Prisoner Complaint (ECF No. 6) is **granted**.   Plaintiff shall file an amended Prisoner Complaint within **thirty days** of the date of this order.   This action may be dismissed without further notice if Plaintiff fails to comply with the order to amend within the time allowed.   No further extensions will be granted absent a showing of extraordinary good cause.

    DATED: April 3, 2024